665 A.2d 753

IN THE MATTER OF GARY M. WEISS, AN ATTORNEY AT LAW.

October 23, 1995.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **GARY M. WEISS** of **LIN-CROFT,** who was admitted to the bar of this State in 1984, be temporarily suspended from the practice of law, pursuant to *Rule* 1:20–11, and good cause appearing;

It is ORDERED that **GARY M. WEISS** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **GARY M. WEISS,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **GARY M. WEISS** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.